1008

[No. 29086-7-III.   Division Three.   September 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY CARLOS MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-01127-7, Craig J. Matheson, J., entered May 26, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 29327-1-III.   Division Three.   September 29, 2011.]

DAVID J. BROWN, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 10-2-00174-1, David Frazier, J., entered August 27, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 29353-0-III.   Division Three.   September 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELLUS SEAMSTER JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00571-3, Evan E. Sperline, J., entered August 23, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 29397-1-III.   Division Three.   September 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ROLAND LEIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00612-4, John M. Antosz, J., entered August 31, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.